IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN PHILLIPS,

        Plaintiff,                  No. 2:13-cv-0375 EFB P

        vs.

TERRY TOLIVER, et al.,

        Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a county inmate proceeding without counsel and in forma pauperis in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

        Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a). Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance in plaintiff's account for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(b)(1). Thereafter, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account. 28 U.S.C. § 1915(b)(2).

////

////

1

1  The agency having custody of plaintiff is required to forward to the Clerk of the Court
2  the initial partial filing fee, if funds exist, as well as payments from plaintiff's account each time
3  the amount in the account exceeds $10, until the filing fee is paid. *Id.*

4  The Clerk of the Court shall (1) serve a copy of this order and a copy of plaintiff's in
5  forma pauperis application upon the Sheriff of Sacramento County, Attention: Inmate Trust
6  Account, 651 I Street, Sacramento, California 95814, and (2) deliver a copy of this order to the
7  Clerk's financial division.

8  So ordered.

9  Dated: May 20, 2013.

   EDMUND F. BRENNAN
10 UNITED STATES MAGISTRATE JUDGE

2