UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN PHILIPS, | No. 2:13-cv-0375-EFB P |
| Plaintiff, | |
| v. | ORDER |
| TERRY TOLIVER et al., | |
| Defendants. | |

Plaintiff is a county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. The United States Marshal has returned process directed to defendant Toliver unserved, with a notation indicating that plaintiff's documents for service were "not deliverable as addressed." ECF No. 11. Therefore, plaintiff must provide new information about how to locate defendant for service of process. Plaintiff must proceed with haste because Fed. R. Civ. P. 4(m) requires that an action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause. If plaintiff's access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, it is ORDERED that:

1. The Clerk of the Court shall mail plaintiff a form USM-285.

/////

1

  2.  Within 30 days from the date this order is served, plaintiff must submit the attached Notice of Submission of Documents with the completed form USM-285 providing new instructions for service of process upon defendant Toliver.

  3.  Failure to comply with this order within the time allowed or to show good cause for such failure will result in dismissal of this action, as Toliver is the sole defendant in this action.

Dated:  August 14, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8                             UNITED STATES DISTRICT COURT
9                          FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  KEVIN PHILIPS,                              No. 2:13-cv-0375-EFB P
12              Plaintiff,
13      v.                                      NOTICE OF SUBMISSION OF
                                                DOCUMENTS
14  TERRY TOLIVER et al.,
15              Defendants.
16
17      Plaintiff hereby submits the following documents in compliance with the court's order
18  filed _____:
19
20          1              completed USM-285 form
21
22
23  DATED:
24
25                                          _____
                                            Plaintiff
26
27
28